IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| SOFT STUFF DISTRIBUTORS, INC., ET AL. | : | |
| v. | : | Civil No. CCB-11-2605 |
| RYDER TRUCK RENTAL, INC. | : | |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. the defendant's motion to dismiss (ECF No. 11) is **GRANTED**;

2. plaintiff's motions for extension of time (ECF Nos. 16 & 25) are **GRANTED**;

3. plaintiff's motion for leave to amend and file its proposed amended complaint (ECF No. 21) is **DENIED**; and

4. the Clerk shall **CLOSE** this case.

July 30, 2012          /s/
Date                    Catherine C. Blake
                        United States District Judge